MICHAEL K. RANDOLPH, PRESIDING JUSTICE, FOR THE COURT
¶ 1. The motion for rehearing filed by the Appellant is granted. The previous opinions are withdrawn and this order is substituted therefor.
¶ 2. The Court was divided equally four-four. Consequently, the judgment of the *823 Circuit Court of Sharkey County should have been affirmed for this reason. See Durant v. Essex Co. , 74 U.S. (7 Wall.) 107, 19 L.Ed. 154 (1868) ; Hertz v. Woodman , 218 U.S. 205, 206, 30 S.Ct. 621, 621, 54 L.Ed. 1001 (1910) ; Pascagoula Nat'l Bank v. Barq , 23 So.2d 530, 530 (Miss. 1945) ; Hawkins v. Cmty. Bank of Raymore , --- U.S. ----, 136 S.Ct. 1072, 194 L.Ed. 2d 163, reh'g denied , --- U.S. ----, 136 S.Ct. 2534, 195 L.Ed. 2d 860 (2016).
¶ 3. Accordingly, we remand this case for further proceedings.
SO ORDERED.
NOT PARTICIPATING: MAXWELL, J.